UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN GREENE, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Civil Action No. 17-1322 (JLL)<br><br>**ORDER** |

This matter comes before the Court by way of Defendant Midland Credit Management, Inc.'s Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56.1. (ECF No. 28). For the reasons expressed in the Court's corresponding Opinion,

**IT IS** on this ___3rd___ day of January, 2019,

**ORDERED** that Defendant's Motion for Summary Judgment, (ECF No. 28), is hereby GRANTED; and it is further

**ORDERED** that judgment is entered in favor of Defendant and against Plaintiff; and it is further

**ORDERED** that the Clerk of the Court shall mark this case CLOSED.

**JOSE L. LINARES**
Chief Judge, United States District Court